IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-2017-JLK-BNB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

940 MAIN STREET, LOUISVILLE, COLORADO,

       Defendant.

## FINAL ORDER OF FORFEITURE AND JUDGMENT

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture and Judgment, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881,

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Supplemental Rule C(4);

THAT the United States and sole Claimant Credit Suisse First Boston, have reached a settlement in this case and have filed a Settlement Agreement with the Court resolving all issues in dispute.

THAT the no other Claimant in this matter has filed any responsive pleadings, or motions for extension of time in which to file an answer.

THAT based upon the facts and verification set forth in the Verified Complaint, there was reasonable cause for the seizure of the defendant real property; and

1

THAT it further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the defendant real property described as:

> Lot 12, Block 1, Town of Louisville
> County of Boulder, State of Colorado
> Also known as 940 Main Street, Louisville, Colorado;

shall enter in favor of the United States.

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law and in accordance;

THAT pursuant to the terms and provisions of the parties' Settlement Agreement, the United States will pay Credit Suisse First Boston from the proceeds of the sale of defendant property the sum of $163,093.11;

THAT the United States releases its Lis Pendens recorded on September 30, 2004, at reception number 2631493 in the records of the Clerk and Recorder of Boulder County, Colorado.

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted pursuant to 28 U.S.C. § 2465.

Dated this 18 day of October, 2005.

BY THE COURT:

JOHN L. KANE
United States District Court Senior Judge